# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA FLORIDA

MICHAEL J. GRIFFITH,

    Plaintiff,

vs.

CONSOLIDATED
CASE NO.: 3:05cv354/MCR/EMT

FIDELITY NATIONAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## O R D E R

    The parties have filed a Joint Status Report in response to the court's February 21, 2007, order to show cause. (Doc. 58). The parties advise they have amicably settled and resolved this matter without resort to mediation; however, they are awaiting final approval from FEMA before filing a notice of dismissal. The court accepts the parties' report and no sanctions will be imposed with regard to the failure to mediate as ordered.

    The trial of this matter currently scheduled on June 18, 2007, is hereby cancelled. In the event settlement is not finalized and this matter dismissed within sixty (60) days of entry of this order, the parties shall file an updated report regarding the settlement status.

    **DONE and ORDERED** this 19th day of March, 2007.

                                      *s/ M. Casey Rodgers*

                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**